Richard G. Grotch, Esq. - SBN 127713
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel.  (650) 592-5400
Fax. (650) 592-5027

**ATTORNEYS FOR** Defendant
ATA AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Deep Vein Thrombosis Litigation: | No. C 04-0875 VRW |
| CHANNAVAJJALA PRASAD, | [MDL-1606 VRW] |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER RE SUBSTITUTION OF ATTORNEYS |
| ATA AIRLINES, INC., a Corporation, LUFTHANSA GERMAN AIRLINES, THE BOEING COMPANY, a corporation, AIRBUS INDUSTRIES, G.I.E., and DOES 1-5, | |
| Defendants. | |

In accordance with Section (IV)(C)(5) of General Order No. 45, and pursuant to the Notice of Substitution of Counsel previously filed,

IT IS HEREBY ORDERED that the law firm of CODDINGTON, HICKS & DANFORTH shall be substituted in the above-entitled action as counsel of record for defendant ATA AIRLINES, INC., in the place and stead of the LIVINGSTON LAW FIRM.

///

///

///

///

[Proposed] Order Re Substitution of Attorneys
C 04-0875 VRW

1   IT IS SO ORDERED.

2

3   Dated:_____

4                                              _____
                                               Honorable Vaughn R Walker
                                               United States District Chief Judge

*[Signature and seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; stamp "Judge Vaughn R Walker"]*

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

[Proposed] Order Re Substitution of Attorneys
C 04-0875 VRW

2